Jeffrey MORGAN, Appellant,

v.

STATE of Florida, Appellee.

No. 4D14–4361.

District Court of Appeal of Florida, Fourth District.

Nov. 16, 2016.

Carey Haughwout, Public Defender, and Amy Lora Rabinowitz, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Nancy Jack, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm the judgment of conviction without prejudice to appellant seeking proper postconviction relief in accordance with Florida Rule of Criminal Procedure 3.850.

WARNER, GROSS and DAMOORGIAN, JJ., concur.